```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

KATHERINE FUQUA,                      :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :   CIVIL ACTION 08-0238-M
                                      :
JEANS EXPRESS TRANSPORT,              :
et al.,                               :
                                      :
    Defendants.                       :


<u>ORDER</u>

A review of the Report of Parties' Planning Meeting (Doc. 8) shows that in their brief narratives, the parties simply restated their legal theories from the complaint and answer but did not provide in plain English a concise statement of how the accident occurred and the factual reasons that Defendants were liable for Plaintiff's damages or the factual reasons why Defendants are not liable.  These narrative are insufficient.  Therefore, not later than **Tuesday, June 17, 2008**, the parties are **ORDERED** to supplement their Report with proper statements, based on what they know at this time.

    DONE this 11th day of June, 2008.

                                       <u>s/BERT W. MILLING, JR.</u>
                                       UNITED STATES MAGISTRATE JUDGE